# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-12-00695-CV

**The State of Texas, Appellant**

**v.**

**Life Partners Holdings, Inc.; Life Partners, Inc.; Brian D. Pardo; R. Scott Peden; Advance Trust & Life Escrow Services, LTA; and Purchase Escrow Services, LLC, Appellees**

**FROM THE DISTRICT COURT OF TRAVIS COUNTY, 345TH JUDICIAL DISTRICT NO. D-1-GV-12-001128, HONORABLE STEPHEN YELENOSKY, JUDGE PRESIDING**

## M E M O R A N D U M   O P I N I O N

The State of Texas has filed an unopposed motion to dismiss its interlocutory appeal, explaining that the trial court recently signed a final judgment from which the State intends to appeal. The issues in the appeal from the final judgment will be identical to those presented by this appeal, and the State asserts that once the final judgment "is final for purposes of appeal, this interlocutory appeal will be rendered moot." The State asks that we abate this interlocutory appeal, apparently so that it may be consolidated with and into the appeal from the final judgment. We grant the motion and abate the appeal. *See* Tex. R. App. P. 42.1(a). The State is ordered to provide a status update on or before May 3, 2013.

_____

David Puryear, Justice

Before Justices Puryear, Pemberton and Rose

Abated

Filed:   February 6, 2013